IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SCOTT, et al.,           )<br>                                )<br>                                )<br>          Plaintiffs,          )<br>                                )<br>     vs.                        )<br>                                )<br>VETERANS ADMINISTRATION         )<br>CENTRAL CALIFORNIA HEALTH       )<br>CARE SYSTEM, et al.,            )<br>                                )<br>                                )<br>          Defendants.           )<br>_____) | 1:09cv0934 AWI DLB<br><br>ORDER TO SHOW CAUSE |

    On May 29, 2009, Plaintiffs Roger Scott and Phyllis Scott ("Plaintiffs"), proceeding pro se, filed the present medical malpractice action against Defendants Veterans Administration Central California Health Care System, Jacob Tarjoman, M.D., Gene Conley, M.D., and Does 1 to 10 ("Defendants").

    On June 1, 2009, the Court issued summons along with civil new case documents. The civil new case documents included an Order Setting Mandatory Scheduling Conference for September 15, 2009. The Order directed Plaintiffs to "diligently pursue service of summons and complaint." It also directed Plaintiffs to file proofs of service of the summons and complaint with the Court.

    On September 15, 2009, Plaintiffs failed to appear for the Mandatory Scheduling Conference. To date, Plaintiffs also have failed to file proofs of service indicating that they have served any of the

1

1  Defendants named in this action.

2     Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why the action
3  should not be dismissed for failure to serve the complaint.  Plaintiffs may comply with this order by
4  filing proofs of service indicating that the complaint and summons were properly served on
5  Defendants.  Plaintiff is advised of Federal Rule of Civil Procedure 4, which specifies the proper
6  methods for service of a summons and complaint.

7     Plaintiffs are ORDERED to file a response, or properly executed return of service forms,
8  within **thirty (30) days** of the date of service of this order.  <u>Failure to do so will result in a
9  recommendation that this action be dismissed for failure to follow the Court's orders.</u>

10    The Mandatory Scheduling Conference is CONTINUED to January 13, 2010, at 9:00 a.m.,
11 before the undersigned, in Courtroom 9 at the United States Courthouse, 2500 Tulare Street, Fresno,
12 CA 93721.

14    IT IS SO ORDERED.
15    **Dated:   September 16, 2009**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

2